IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS ROY WHITE,

        Petitioner,                    No. CIV S-06-2847 GEB KJM P

   vs.

JAMES A. YATES, et al.,

        Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case.[1] The previous application was filed on September 20, 2002, and was denied on the merits on

---

[1] White v. Lewis, CIV S-02-2071 GEB KJM P

1

1  September 20, 2005.  Before petitioner can proceed with the instant application he must move in
2  the United States Court of Appeals for the Ninth Circuit for an order authorizing the district
3  court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application
4  must be dismissed without prejudice to its refiling upon obtaining authorization from the United
5  States Court of Appeals for the Ninth Circuit.

6  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
7  without prejudice.

8  These findings and recommendations are submitted to the United States District
9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
10 days after being served with these findings and recommendations, petitioner may file written
11 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
12 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
13 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
14 F.2d 1153 (9th Cir. 1991).

15 DATED:  March 26, 2007.

U.S. MAGISTRATE JUDGE

1
whit2071.suc

2